## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUTTA DOUGLAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-781 (GMS) |
| ) | |
| DADE BEHRING INC. and SIEMENS ) | JURY TRIAL DEMANDED |
| MEDICAL SOLUTIONS USA, INC. d/b/a ) | |
| SIEMENS MEDICAL SOLUTIONS ) | |
| DIAGNOSTICS CORP., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER
## EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED between the parties by and through their undersigned counsel, and subject to the approval of the Court, that the time within which Defendants shall answer, move, or otherwise respond to the Complaint is extended to and including February 18, 2008.

| | |
|---|---|
| LAW OFFICE OF HERBERT G. FEUERHAKE | POTTER ANDERSON & CORROON LLP |
| By */s/ Herbert G. Feuerhake*<br>Herbert G. Feuerhake (Del. Bar 2590)<br>521 West Street<br>Wilmington, Delaware 19801<br>(302) 658-6101 – Telephone<br>(302) 658-6105 – Facsimile<br>herblaw@verizonmail.com – Email | By */s/ Jennifer Gimler Brady*<br>Jennifer Gimler Brady (Del. Bar. 2874)<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000 – Telephone<br>(302) 658-1192 – Facsimile<br>jbrady@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

OF COUNSEL:

Maria L. Petrillo, Esquire
JACKSON LEWIS LLP
Three Parkway
Suite 1350
1601 Cherry Street
Philadelphia, Pa. 19102
(267) 319-7806 - Telephone
(267) 528-0691 - Facsimile
petrillm@jacksonlewis.com - Email

Dated: January 23, 2008
843753v1 / 32630

SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Judge