# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUTTA DOUGLAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-781 (GMS) |
| | ) |
| DADE BEHRING INC. and SIEMENS | ) JURY TRIAL DEMANDED |
| MEDICAL SOLUTIONS USA, INC. d/b/a | ) |
| SIEMENS MEDICAL SOLUTIONS | ) |
| DIAGNOSTICS CORP., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**
**EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED between the parties by and through their undersigned counsel, and subject to the approval of the Court, that the time within which Defendants shall answer, move, or otherwise respond to the Complaint is extended to and including February 18, 2008.

The reasons for this extension are: (1) Defendant requires additional time to investigate the allegations of the Complaint and (2) Defendant has received no prior extensions of time within which to file its response to the Complaint, served on Defendant on or about January 7, 2008.  This extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

| LAW OFFICE OF HERBERT G. FEUERHAKE | POTTER ANDERSON & CORROON LLP |
|---|---|
| By  */s/ Herbert G. Feuerhake*<br>    Herbert G. Feuerhake (Del. Bar 2590)<br>    521 West Street<br>    Wilmington, Delaware 19801<br>    (302) 658-6101 – Telephone<br>    (302) 658-6105 – Facsimile<br>    herblaw@verizonmail.com – Email<br><br>*Attorneys for Plaintiff* | By  */s/ Jennifer Gimler Brady*<br>    Jennifer Gimler Brady (Del. Bar. 2874)<br>    Hercules Plaza, Sixth Floor<br>    1313 North Market Street<br>    P.O. Box 951<br>    Wilmington, Delaware 19899-0951<br>    (302) 984-6000 – Telephone<br>    (302) 658-1192 – Facsimile<br>    jbrady@potteranderson.com<br><br>*Attorneys for Defendants*<br><br>OF COUNSEL:<br><br>Maria L. Petrillo, Esquire<br>JACKSON LEWIS LLP<br>Three Parkway<br>Suite 1350<br>1601 Cherry Street<br>Philadelphia, Pa. 19102<br>(267) 319-7806 - Telephone<br>(267) 528-0691 - Facsimile<br>petrillm@jacksonlewis.com - Email |

Dated:  January 24, 2008
843753v1 / 32630

SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Judge