IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUTTA DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-781 (GMS) |
| | ) | |
| DADE BEHRING, INC. and SIEMENS | ) | JURY TRIAL DEMANDED |
| MEDICAL SOLUTIONS USA, Inc. | ) | |
| d/ba/ SIEMENS MEDICAL | ) | |
| SOLUTIONS DIAGNOSTICS CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel hereby moves the admission *pro hac vice* of Maria L. Petrillo, Esquire of Jackson Lewis LLP, 1601 Cherry Street, Suite 1350, Philadelphia, Pennsylvania 19102 to represent defendant, Siemens Healthcare Diagnostics, Inc. ("Defendant"), improperly denominated Siemens Medical Solutions USA, Inc. d/b/a Siemens Medical Solutions Diagnostics Corp. in the above-captioned matter.

OF COUNSEL:

Maria L. Petrillo
Jackson Lewis LLP
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102
(267) 319-7806 – Telephone
(215) 399-2249 – Facsimile
PetrillM@jacksonlewis.com – Email

Dated: February 19, 2008
842744v1 / 32630

POTTER ANDERSON & CORROON LLP

By *[signature]*
Jennifer Gimler Brady (Del. Bar. 2874)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
jbrady@potteranderson.com

*Attorneys for Defendant, Siemens Healthcare Diagnostics, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that: I am eligible for admission to this Court; I am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania; and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: February 19, 2008

Maria L. Petrillo
Jackson Lewis LLP
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102
(267) 319-7806 – Telephone
(215) 399-2249 – Facsimile
Petrillm@jacksonlewis.com – Email

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUTTA DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-781 (GMS) |
| | ) | |
| DADE BEHRING, INC. and SIEMENS MEDICAL SOLUTIONS USA, Inc. d/ba/ SIEMENS MEDICAL SOLUTIONS DIAGNOSTICS CORP., | ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION

AND NOW, this _____ day of _____, 2008, upon consideration of the Motion for Admission *Pro Hac Vice* of Maria L. Petrillo, **IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
The Honorable Gregory M. Sleet, Chief Judge

## **CERTIFICATE OF SERVICE**

I, Jennifer Gimler Brady, hereby certify this 19th day of February, 2008, that the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

>Herbert G. Feuerhake, Esquire
>Law Office of Herbert g. Feuerhake
>521 West Street
>Wilmington, Delaware 19801
>(302) 658-6101 - Telephone
>herblaw@verizonmail.com – Email

>/s/ Jennifer Gimler Brady
>Jennifer Gimler Brady (Del. Bar 2874)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, Sixth Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899
>(302) 984-6000 - Telephone
>(302) 658-1192 - Facsimile
>jbrady@potteranderson.com

>*Attorneys for Defendant Siemens Healthcare Diagnostics, Inc.*