IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUTTA DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-781 (GMS) |
| | ) | |
| DADE BEHRING, INC. and SIEMENS | ) | JURY TRIAL DEMANDED |
| MEDICAL SOLUTIONS USA, Inc. | ) | |
| d/b/a SIEMENS MEDICAL | ) | |
| SOLUTIONS DIAGNOSTICS CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO SUBSTITUTE**
**<u>PARTY DEFENDANT AND TO CORRECT CAPTION</u>**

1. Plaintiff, Jutta Douglas was employed by Defendant, Dade Behring Inc. from April, 1999 through August, 2005.

2. Dade Behring was the object of a tender offer that resulted in its merger into Siemens Medical Solutions Diagnostics in November, 2007.

3. Dade Behring ceased to exist as a corporate entity upon the merger.

4. Subsequently, Siemens Medical Solutions Diagnostics was renamed Siemens Healthcare Diagnostics Inc.

5. Pursuant to Federal Rule of Civil Procedure 17, the Parties stipulate and agree that Siemens Healthcare Diagnostics Inc. should be substituted as the proper Defendant in this action.

| | |
|---|---|
| LAW OFFICE OF HERBERT G. FEUERHAKE | POTTER ANDERSON & CORROON LLP |
| By */s/ Herbert G. Feuerhake*<br>   Herbert G. Feuerhake (Del. Bar 2590)<br>   521 West Street<br>   Wilmington, Delaware 19801<br>   (302) 658-6101 – Telephone<br>   (302) 658-6105 – Facsimile<br>   herblaw@verizonmail.com – Email<br><br>*Attorneys for Plaintiff* | By */s/ Jennifer Gimler Brady*<br>   Jennifer Gimler Brady (Del. Bar. 2874)<br>   Hercules Plaza, Sixth Floor<br>   1313 North Market Street<br>   P.O. Box 951<br>   Wilmington, Delaware 19899-0951<br>   (302) 984-6000 – Telephone<br>   (302) 658-1192 – Facsimile<br>   jbrady@potteranderson.com<br><br>*Attorneys for Defendant, Siemens Healthcare Diagnostics, Inc.*<br><br>OF COUNSEL:<br><br>Maria L. Petrillo, Esquire<br>JACKSON LEWIS LLP<br>Three Parkway<br>Suite 1350<br>1601 Cherry Street<br>Philadelphia, Pa. 19102<br>(267) 319-7806 - Telephone<br>(267) 528-0691 - Facsimile<br>petrillm@jacksonlewis.com - Email |

Dated: February 20, 2008
849430v1 / 32630