IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUTTA DOUGLAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-781 (GMS) ) |
| SIEMENS HEALTHCARE DIAGNOSTICS, INC., | ) JURY TRIAL DEMANDED ) ) |
| Defendant. | ) |

**DISCLOSURE OF SIEMENS HEALTHCARE DIAGNOSTICS, INC.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Siemens Healthcare Diagnostics, Inc., by and through its undersigned attorneys, hereby certifies as follows:

1. Defendant, Siemens Healthcare Diagnostics, Inc., a non-governmental corporate party in the above-captioned action, is the subsidiary of Siemens Medical Solutions USA, Inc.

2. No publicly held company owns 10% or more of Defendant's stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Maria L. Petrillo, Esquire
JACKSON LEWIS LLP
Three Parkway
Suite 1350
1601 Cherry Street
Philadelphia, Pa. 19102
(267) 319-7806 - Telephone
(267) 528-0691 - Facsimile
petrillm@jacksonlewis.com  - Email

By  /s/ Jennifer Gimler Brady
Jennifer Gimler Brady (Del. Bar. 2874)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
jbrady@potteranderson.com – Email

Dated: February 25, 2008
849632v1 / 32630

*Attorneys for Defendant, Siemens Healthcare Diagnostics, Inc.*

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 25th day of February, 2008, that the foregoing **CORPORATE DISCLOSURE OF SIEMENS HEALTHCARE DIAGNOSTICS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

> Herbert G. Feuerhake, Esquire
> Law Office of Herbert G. Feuerhake
> 521 West Street
> Wilmington, Delaware 19801
> (302) 658-6101 - Telephone
> herblaw@verizonmail.com – Email

> /s/ Jennifer Gimler Brady
> Jennifer Gimler Brady (Del. Bar 2874)
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, Sixth Floor
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE  19899
> (302) 984-6000 - Telephone
> (302) 658-1192 - Facsimile
> jbrady@potteranderson.com
>
> *Attorneys for Defendant, Siemens Healthcare Diagnostics, Inc.*