IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUTTA DOUGLAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-781 (GMS) |
| | ) |
| SIEMENS HEALTHCARE DIAGNOSTICS, | ) JURY TRIAL DEMANDED |
| INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between Plaintiff, Jutta Douglas, and Defendant, Siemens Healthcare Diagnostics, Inc., through their undersigned counsel who are authorized to enter this Stipulation, that Plaintiff, Jutta Douglas' action against Defendant, Siemens Healthcare Diagnostics, Inc., is dismissed, in its entirety, with prejudice, and each party is to bear its own costs and attorneys' fees.

| | |
|---|---|
| LAW OFFICE OF HERBERT G. FEUERHAKE | POTTER ANDERSON & CORROON LLP |
| | |
| By  /s/ Herbert G. Feuerhake | By  /s/ Jennifer Gimler Brady |
| Herbert G. Feuerhake (Del. Bar 2590) | Jennifer Gimler Brady (Del. Bar. 2874) |
| 521 West Street | Hercules Plaza, Sixth Floor |
| Wilmington, Delaware 19801 | 1313 North Market Street |
| (302) 658-6101 – Telephone | P.O. Box 951 |
| (302) 658-6105 – Facsimile | Wilmington, Delaware 19899-0951 |
| herblaw@verizonmail.com – Email | (302) 984-6000 – Telephone |
| | (302) 658-1192 – Facsimile |
| *Attorneys for Plaintiff* | jbrady@potteranderson.com |
| | |
| | *Attorneys for Defendant, Siemens Healthcare Diagnostics, Inc.* |

OF COUNSEL:

Maria L. Petrillo, Esquire
JACKSON LEWIS LLP
Three Parkway
Suite 1350
1601 Cherry Street
Philadelphia, PA  19102
(267) 319-7806 - Telephone
(267) 399-2249 - Facsimile
petrillm@jacksonlewis.com - Email

Dated: August 12, 2008
876767v1 / 32630

**SO ORDERED** this _____ day of _____, 2008.

_____
The Honorable Gregory M. Sleet